**Order entered December 6, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00532-CV

## IN RE STEFANIE HENDERSON, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-05757**

## ORDER
Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and **DENY** relator's emergency motion for stay as moot.

/s/     CRAIG SMITH
JUSTICE